FILED _ _ D.C.
IN TAKE _

AUG 0 2 2004

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. - MIAMI

**A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. 1983**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 04 - 21955

Case No. _____

*CARTHARO C. LANE* )
_____ )
_____ )
_____ )

(Enter above the full name of the
plaintiff or plaintiffs in this
action.)

v.

*The STATE OF FLORIDA*
*JAMES CROSBY SECRETARY,*
*Florida Department of Corrections*

*Dade C.I. NORTH ANNEX*

*And it's Employees*
_____ )

(Enter above the full name of the
defendant or defendants in this
action.)

CIV-COOKE

MAGISTRATE JUDGE
WHITE

) MR. JAMES CROSBY        / R        Doken
) MR. DAVID HARRIS,
) MR. WALTER Bien Richards,/MR. B.   ARLINE
) MR. LARRY    MAYO,/MR. L.  Cordaves
) MS. LINA   VALLS,/MR. E.   VELAZQUEZ
) MS. S.   MOLES,/ MR. D. BUTLER
) MR. J.    Dobin,/
) MR. D    McCAULLEN,/
) MS. A    Young,/
) MS. D    KOELS,/
) MS. TONI   Bowden,/ DaCe (1983)

cat / dv

Case # _____
Judge _____   Mag _____
Mom lfp _____   Fee pd $ _____

**Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. 1983**

    This packet includes four copies of the complaint form and two
copies of the Application to Proceed without Prepayment of Fees and
Affidavit.  To start an action you must file an original and one copy
of your complaint for the court and one copy for each defendant you
name.  For example, if you name two defendants, you must file the
original and three copies of the complaint (a total of four) with the
court.  You should also keep an additional copy of the complaint for
your own records.  All copies of the complaint must be identical to
the original.

    Your complaint must be legibly handwritten or typewritten.  Please
do not use pencil to complete these forms.  The plaintiff or



Page 1 of  6

plaintiffs must sign and swear to the complaint.  <u>If you need</u>
<u>additional space to answer a question, use an additional blank page.</u>

Your complaint can be brought in this court only if one or more
of the named defendants is located within this district.  Further, it
is necessary for you to file a separate complaint for each claim that
you have unless they are all related to the same incident or issue.

There is a filing fee of $150.00 for this complaint to be filed.
If you are unable to pay the filing fee and service costs for this
action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and
Affidavit for this purpose are included in this packet.  Both should
be completed and filed with your complaint.

In addition, if the Judge directs the U.S. Marshal to serve the
summons and complaint to each defendant, the United States Marshal
will require you to pay for the cost of this service.

You will note that you are required to give facts.  THIS
COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies
to the Clerk's Office of the United States District Court, Southern
District of Florida, 301 North Miami Avenue, Miami, Florida 33128-
7788.

I.   Previous Lawsuits

   A.   Have you begun other lawsuits in state or federal court
        dealing with the same facts involved in this action or
        otherwise relating to your imprisonment?

                                   Yes (✓)    No ( )

   B.   If your answer to A is yes, describe each lawsuit in the
        space below.  (If there is more than one lawsuit, describe
        the additional lawsuits on another piece of paper, using the
        same outline.)

1.  Parties to this previous lawsuit

    Plaintiffs: _CARTHARO C. LANE_

    _____

    Defendants: _STATE OF FLORIDA / FLORIDA DEPARTMENT_

    _OF CORRECTIONS / AND Employees_

2.  Court (if federal court, name the district; if state
    court, name the county): _ORANGE COUNTY_

    _CIRCUIT COURT_

3.  Case Number: _NOT APPLICABLE_

4.  Name of Judge to whom case was assigned: _____

    _NOT APPLICABLE_

5.  Disposition (for example: Was the case dismissed?
    Was it appealed? Is it still pending?):

    _STILL PENDING_

    _____

6.  Approximate date of filing lawsuit: _2001_

7.  Approximate date of disposition: _NOT APPLICABLE_

II. Place of present confinement: _19000 S.W. 377th ST. suite #300_

_Florida City, Florida 33034_

A.  Is there a prisoner grievance procedure in this
    institution?
                                    Yes ( ✓ )   No (   )

B.  Did you present the facts relating to your complaint in
    the state prisoner grievance procedure?
                                    Yes ( ✓ )   No (   )

Page (3)(a)

1.) Plaintiff:   CARTHARO C. LANE

Defendants:   STATE OF FLORIDA / FLORIDA

DEPARTMENT / CENTRAL FLORIDA RECEPTION CENTER /

AND Employees,

2.) COURT:  The UNITED STATE DISTRICT COURT

Middle District of Florida ORLANDO,

CASE NUMBER:   NOT APPLICABLE

NAME of Judge CASE ASSIGNED:  NOT APPLICABLE

Disposition:  STILL Pending

Approximate date of Filing Lawsuit, July 6, 2004.

Approximate date of disposition: NOT APPLICABLE.

PLACE OF PRESENT CONFINEMENT: 19000 S.W. 377TH

ST. Suit #300, Florida City, Florida 33034

C.   If your answer is YES:

    1.   What steps did you take? *Filed Request, Informal Grievances, Formal Grievances, Appeal's To Secretary - Florida department of Corrections.*

    2.   What was the result? *Returned without Actions, Returned Denied, Returned with wrong Calculations.*

D.   If your answer is NO, explain why not: _____

_____

_____

## III. Parties

(In Item A below, place your name in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.)

A.   Name of plaintiff *CARTHARO CARL BAKER-LANE SR.*

Address *19000 South west 377th Street suite #300*

*Florida City, Florida 33034*

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the names, positions, and places of employment of any additional defendants.

B.   Defendant *The state of Florida / Florida department OF CORRECTIONS / DADE C.I. NORTH ANNEN / and Employees,*

is employed as *AN ENTITY OF THE STATE OF FLORIDA*

at *2601 BLAIR STONE Rd. TALLAHASSEE, Florida*

Additional Defendants:

D. Defendant: Mr. David Harris

Mailing Address: 19000 S.W. 377th St. suit #300

Florida City, Florida 33034

Position: Warden

Employed at: Dade Correctional Institution, North Annex

E. Defendant: Mr. Richards

Mailing Address: 19000 S.W. 377th St. Suit #300

Florida City, Florida 33034

Position: Assistant Warden

Employed at: Dade Correctional Institution, North Annex

F. Defendant: Mr. L Mayo

Mailing Address: 19000 S.W. 377th St. Suit #300

Florida City, Florida 33034

Position: Correctional Officer Chief

Employed at: Dade Correctional Institution, North Annex

G. Defendant: Ms. Linda Valls

Mailing Address: 19000 S.W. 377th St. Suit #300

Florida City, Florida 33034

Position: Health Service Administrator

Employed at: Dade Correctional Institution, North Annex

Page 5 (A) (C)

**H** Defendant: _Ms. Moles_

Mailing Address: _19000 S.W. 377TH ST. SUIT #300_

_Florida City, Florida 33034_

Position: _CLASSIFICATION SUPERVISOR_

Employed at: _DADE CORRECTIONAL INSTITUTION, NORTH ANNEX_

**I** Defendant: _MR. J Gobin_

Mailing Address: _19000 S.W. 377TH ST. SUIT #300_

_Florida City, Florida 33034_

Position: _STAFF CLASSIFICATION OFFICER_

Employed at: _DADE CORRECTIONAL INSTITUTION, NORTH ANNEX_

**J** Defendant: _MR. McCAULLEN_

Mailing Address: _1900 S.W. 377TH ST. SUIT #300_

_Florida City, Florida 33034_

Position: _CORRECTIONAL OFFICER - CAPTIN_

Employed at: _DADE CORRECTIONAL INSTITUTION, NORTH ANNEX_

**K** Defendant: _Ms. A young_

Mailing Address: _19000 S.W. 377TH ST. SUIT #300_

_Florida City, Florida 33034_

Position: _CLASSIFICATION SENTENCE SPECIALIST_

Employed at: _DADE CORRECTIONAL INSTITUTION, NORTH ANNEX_

Page(5)(6)(c)

DC 225 (Rev. 1 97)

L.) Ms. D            Koels

19000 S.W. 377 Th St. Suit # 300

Florida City, Florida 33034

Classification Inpaired Inmate Officer
Dade Correctional Institution, North Annex

M.) Ms. Toni Bowden

2601 Blairstone Road, Fla. Dept. of Corrections.

Tallahassee, Florida 32399

Secretary's Represntative

Florida Department of Corrections-Central Office


N.) M. K        . Golden

2601 Blair Stone Road

Tallahassee, Florida 32399

Employee Responding   For, Secretary's Represntative

Florida Department of Corrections - Central Office


Page (5) (c) (c)

C.   Additional Defendants: _____

_____

*SEE ATTached Pages*

*NUMbered Page (5) (A) Thru (Q)*

*NExT Pages 5(A) To (Q)*

_____

IV.   **Statement of Claim**

State here as briefly as possible the <u>facts</u> of your case.
Describe how each defendant is involved.   Include also the
names of other persons involved, dates, and places.

Do not give any legal arguments or cite any cases or statutes.
If you intend to allege a number of related claims, number and
set forth each claim in a separate paragraph.   (Use as much space
as you need.   Attach an additional blank page if necessary.)

The Individual'(s) NAMEd in This suiT ARE in

VioLATioN of The following CONSTiTuTioN LAws,

of The UNiTed STATES:

1.) ARTicle-(5)(14), FoR unlawful dETAiNMENT,

   Loss of injoyment of LifE, depRiVATioN of

   due PRocess:

2.) ARTicle-(8)   FoR MEdicAL NEgligeNCE, DElibERATE

   IndiffERENCE, CRuEl ANd unsuAL PuNishmENT:

3.) ARTicle-(14) FoR RETAliATioN

_____

_____

_____

Page (5)(A) Section IV;

## STATEMENT OF FACTS

Plaintiff was sentence to 24.5 months in the Florida department of corrections for violation of probation on Feb. 5, 2004, with credit for 49 days time served and with credit for ANY TIME SERVED in the department of corrections AS TO THIS CASE, Refering to CASE No. 96-CF-15295, as of today July _____, 2004 the actual time served is over three (3) years. The sentence imposed pursuant to the violation of probation in the same case was for 24.5 month(s) incarceration. Based upon the specific provisions of this court's order, of the sentence imposed on February 5, 2004, the petitioner has served his sentence in

(5)(A) Section IV

Page (5)(b)

iT's ENTiRETy. BASED upon CREDIT AWARDED FoR ANy PREViOUS Time SERVED," The DEPARTMENT oF CORRECTioNs, should ACKNOWledge This FAcT And AdjusT The PETiTioNER's SENTENCE STRucTURE which will ENTiTle him To immediATe RELEASE". The PLAiNTiFF AFTER RECEiVING NOTiFICATioN THAT THERE WAS STill AN ERRO iN The CAlculATioN's oF his CREDiT FoR Time SeRVED AFTER being TRANSFERRED To DAde CORRECTiONAL iNSTiTuTioN's NORTH ANNEX, FROM CENTRAL FloRidA RECEPTioN, oN, 06-03-04.

The PETiTioNER THEN TooK The NECESSARy STEPs To give NOTiFiCATioN To The PRopER EmployEE's AT dAde CI., To iNSURE THAT THEy WERE AWARE oF "All CiRCUMSTANCES iNVloVED with his SiTuATioN's with hope's oF THERE RECTiFiCATioN oF All issUES by

(5)(b) SECTioN IV

Page (5)(c)                    NAMES OT PERSON(S) INVOLVED
                                    IN SUIT

Filing To The Following:

1.)
  A ) MR. D       McCaullen   - CORRECTIONAL OFFICER   CAPTIN
  b) Ms. D       Koel's - Classification InPAIRED CoodinATor   INMATE
  c.) MR. James    Dobin - CLASSIFICATION OFFICER
  d) Ms. Suzie    Moles - Classification Supervisor
  e) Ms. A        Young - Classification Specialist   SenTence
  F) MR. WALTER H. Richards - ASST. WARDEN OT OPERATIONS
  g) MR. LARRY     MAYO - CORRECTIONAL OFFICER Cheit
  h) MR. DAVID   HARRIS - WARDEN
  i) Ms. LINA    VALLS - HEALTH SERVICE AdminsTRATOR
  J) Ms. Toni   Bowden - SECETARY's REPRESNTATIVE
  K) M   K      Golden - SECETARY's REPRESNTATIVE
  L) MR.        Roesel - cheit Classification
  OFFICER - DEPT. FOR SENTENCE STRUCTURE AND
  TRANSPORTATION, FloRida DEPARTMENT OF CORRECTION
  m) MR.        ARLINE - ASST. WARDEN OT
  N) MR. E       VELAZQUEZ - M.D. MEDICAL DIRECTOR
  O) MR. L.      CORdoves - PSYCHRIST
  P.) MR. D.     ButlER - CORRECTIONAL OFFICER

PAge (5)(C)  SECTION IV

Page (5) (d)

NAMES OF PERSON(s) involved

1.)(A) Mr. D.          Mc CAULLEN  - Correctional
Officer Captin, was in charge of
The institution on The Night of, 06-03-04
That was responseable For Receiving me.
I informed him That I was being held by
unlawful detainment, That There was
An investigation going on, There was a
Law suit being Filed against The State
of Florida / Florida department of
Corrections / central Florida Reception /
And it's Employees, For my Medical
Negligence, unlawful detainment, A Personal
Safety claim, Retaliation claim For Filing
The suit, deliberate indifference, And
That my Transfer was To cover up The
Investigation & To delay my Law suit.
His only Statement was "he had Papers For An
Emergency Transfer and (CFRC) would cover him.

Page (5) (D)  section IV

Page (5)(E)

1.)(b) To Ms: D_____ Koels The Classification impaired inmate Coodinator, I informed her of my Medical complications on, 06-05-04, of The Following; my Spinal Colum, nerve Root And nerve damage, disc PROTRUSION, Lower Extremity Paralysis's, (6) six heartattacks & A Stent implant, Poor vision, Continual neck, Shoulder, & back Pain, Spasm, depression, Anxiety, bowle & bladder disorder, (1) Stroke, I also informed her As to what my Physician ordered To give me some Relife. She stated that I would not get my medication like that AT There institution. I also informed her That my wheelchair was in need of Foot supports, And bearing in All Four wheels And other major Repair, she looked AT my chair And was in agreement but As of Today, 07-05-04 nothing has been done.

                    Page (5)(E) section IX

Page (5)(F)

1.)(c) Mr. I _____ Gobin - Classification officer

  Called me out For my interview to inform me
That he would be my Classification, on 06-06-04
At That Time I informed him That I was
being held by unlawful detainment And
That I had A letter From The Judge
Stating credit For (17) months Toward my
Sentence And I should be home, I. Also informed
him of All my medical needs, I asked him
To make copies of my paper work And
To please submitt it To Tallahassee.
He Told me he didn't have Time To deal
with my problem's he was busy doing other
stuff. He Then Told me To make my own
copies And send Them To The classification
sentence specialist ms. young, That was
her problem not his, This was done in Front
of his boss, classification supervisor ms. moles.

Page (5)(F) section IV

Page (5)(G)

1.)(D) Ms. _____ Moles - Classification

supervisor was in the office when I spoke

with Mr. Gobin and heard everything,

said on, 06-06-04 with my meeting with

Mr. Gobin. Therefore she has been aware

of my unlawful detainment, medical

Negligence since, 06-06-04, after my

Notification to her and Mr. Gobin

at that meeting.

Ms. S. Moles is also involved in an

Americans with disabilities Right claim

Along with Asst. warden Richards,

Cheif correctional officer - Mr. L. Mayo,

And warden - Mr. David Harris, For

Their connection in a combined decision

as The Classification ICT Team To

violate; U.S.C.A. Const Amend.8; Fla Admin.

Code Ann. R. 33-11.0065, sec. 504 of The

Rehabilitation Act of 1973, 29 U.S.C. §

Page (5)(9) section IV

Page (5)(h)

701, ET SEQ., AND TiTle II of The Americans with disabilities Act of 1990 (ADA), 42 U.S.C.§ 12101, ET SEQ.

1.)(E) Ms. A.     young - CLASSiFiCATiON SENTENCE SpeciALiST on, 06-08-04 she was NOTiFied OF my issue's PertAiNiNg To my unlaw- Ful DetAiNMENT in The Foem of A inFormal Grievance explAiNiNg, Along with A copy oF A court order THAT The Judge gave me (17) months credit, which THAT order hAd erro 's should have (36) months credit, but even with That it gave me immediate Release. Mrs. young is Also suspected of FAlsiFying documents. when Asked who sent The documents To her she could not tell me A NAme, A copy of The documents ARE inclosed with A FoRMAl Grievance Addressed To The SECRETARY on, 07-06-04.

Page (5)(H) section IV

Page (5)(I)

1.)(F) Mr. Walter D. Richards - Asst. Warden of Operations, is guilty of violation of FIA. Admin. code § 33-11.065(3)(d)(3), 42 U.S.C.A. § 1983 - for Subordinate's Acts in deprivation of civil Rights, The eight Amendment Section 504 of The Rehabilitation Act of 1973, 29 U.S.C. § 701, et seq., And Title II of The Americans with disabilities Act of 1990. I informed him of my disabilities And That I Was unable to be forced To work just To Receive my gain time. He Still Told me I had A Job As A HouseMan in order To Receive my gain time And To Report The next day To my dorm officer for my work Assignment whatever The officer felt he/she wanted me to do. A "Formal Grievance was filed on, 06-21-04 To The Warden. Page (5)(I) Section IV

Page (5) (I)

1.) (g) MR. LARRY MAYO - CORRECTIONAL OFFICER
CHEIF was PART OF THE CLASSIFICION ICT
Team, his position with THAT TEAM, AS FAR
AS I CAN Tell was STRICTly SECURITY
inFORCEMENT To insure whatever Job ASSIGNMENT
given To ME would be CARRIED out, When I
inFORMED him THAT I was exemption From
worKing And I had A no worK PASS FROM
dade cI's doctor. his only STATEMENT
in THAT meeting on, 06-17-04 To myself
was "everyone here is Assigned a Job, And
how did I expect To Receive my gAiN-Time
if I didn't work in the PRison"? My Response
was "I speake with AuthoRity And I AM exempt
From working in your PRison." He Then I the
CLASSiFiCATION supervisoR Ms. Moles if I had
A PASS not to work And They gave him copies
of All my PASSes, he had nothing more To sAy
AFTER he sAw The PASSes.
Page (5) (I) section IV

Page (5)(K)

1.)(h) MR. David HARRIS - WARDEN, on, 06-21-04,

I SENT A FORMAL grievance To him To inform

him & get him To INTERVEN with my GAIN Time

violation* which was ANSWERED AND RETURNED
*on 6-21-04

To me on, 07-08-04 By ASST. WARDEN MR.

ARLine, which he didn'T deny The (AdA)

violation, Just stalled with PAPER work

shifting The complaint BACK To classification

iT now seems Like AFTER my noTification

To The classification supervisor For The

Full NAMES oF cERTin People For The Poorpose

oF Filing suit. They ARE Teying To involve

As many People As possible in iT. Also

The WARDEN WAS SENT A grievance on, 06-24-04

PERTAINing To my unlawFul deTAINMENT. on,

06 - 28-04, he was sENT A grievance on THE

(AdA) medical negelence.

Page (5) (🟊) sEcTion IV

Page (5)(L)

1.)(I) Ms. Lina  Valls - Health service Administrative

on, 06-29-04 I sent her an informal grievance

Explaining that I had not Received the proper

medication, As of Today she has never Replyed,

by 07-20-04,

Page (5)(L)  section III

Page (5) (m)

1.) (J) Ms. Toni Bowden - secetary's Repesntative For The Florida department of corrections on, 06-08-04 A grievance For Administrative Appeal was submitted to the office of the secetary, Addressed To Mr. Roesel - cheif classification officer Along with A copy of The court order For credit For Time served. It was answered by, Toni Bowden & Ss. golden on, 06-16-04 They would not Acknowledg That order. They both Acted under color of state Law when working in conjunction with official state Actors to illegally detain This individual in one of their Facility's. one was Also submitted on, 07-06-04 contesting The informal grievance sent To dade cI, sentence specialist Ms. young, dated, 06-08-04, in civil Rights violations.

Page (5) (m)

Page (5)(N)

1.)(K) K. Dolden - SECRETARY's REPRESENTATIVE ON, 06-16-04 signed off Along with Toni Bowden AS Employees working FoR STATE PRISON SysTem, ACTing under color of STATE LAw. BECAUSE They BoTh PerFormed TRADITIONAL STATE Functions And WAS with AuThoriTy of STATE, when They denied The grievance ON, 06-16-04, 07-06-04 FOR unlAwful deTAinmenT. They both shARE The sAme guilT in PRISONER's civil RighTs violATion's.

Page (5)(o)

1.)(L)

Mr. Roesel - Cheif Classification officer - For Dept. of Sentence structure and Transportation, Florida dept. of corrections. On, 06-08-04 that office was sent an Administrative Appeal for my unlawful detainment. The Admin. Appeal was not answered by Roesel, it was Responded to by Toni Bowden and K. Golden on, 06-16-04 with a denial for Administative Appeal. The classification Cheif officer is being challenged for deliberately indifferent to state inmate's Right to Timely Release from Prison. Inmate also claim that the dept. of corrections didn't use Procedural safe-guards for Resolving wrongful Custody Therefor State deprived me of liberty without due Process of law by improperly Continuing to detain me After Notifications.

Page (5)(o)   section IV

Page (5)(P)

1.)(m) MR.          ARLINE - ASST. WARDEN ON, 07-01-04

ANSWERED A FORMAL GRIEVANCE THAT WAS ADDRESSED

TO THE WARDEN - MR. DAVID HARRIS ON, 06-21-04

ON A AMERICANS WITH DISABILITIES ACT FITLE

II OF 1990, ON THE REHABILITATION ACT OF

OF 1973, AND A VIOLATION CHARGES AGAINST

THE WARDEN, CLASSIFICATION SUPERVISOR,

ASST. WARDEN RICHARDS, CORRECTIONAL OFFICER

CHEIF MR. LARRY MAYO. WHERE ALL WERE

SUPERVISOR'S PERSONALLY PARTICIPATES IN

ALLEGED CONSTITUTIONAL VIOLATIONS OR

THERE IS A CAUSAL CONNECTION BETWEEN ACTIONS

OF THE SUPERVISING OFFICIALS AND THE ALLEGED

CONSTITUTIONAL DEPRIVATION. OFFICIALS WHO

ARE PLAINLY INCOMPETENT OR KNOWINGLY

VIOLATE THE LAW DO NOT BENEFIT FROM

QUALIFIED IMMUNITY.

Page (5)(P)   SECTION IV

Case 1:04-cv-21955-MGC   Document 1   Entered on FLSD Docket 08/03/2004   Page 26 of 28

Page (5)(Q)

(1.)(n) MR. E. VELAZQUEZ - M.D., medical director is the supervisor over the nurses, doctor at Dade CI. Therefor with the grievance sent to the warden on, 6-21-04 on the medical neglegence from his staff about my feet, the blisters on them and the reason it was caused. With the medical director signing off on my formal grievance to the warden and with the warden doing the same, they both now have a roll in the complaint and each of the officials personally engaged in acts which deprived me of my limited due process rights, which also gave claim for mental or emotional injury, and deliberat indifference to my medical needs.

PAGE (5⁻) (R)

1.)(O) MR. D                    BUTLER - CORRECTIONAL

OFFICER AT Dade CORRECTIONAL

INSTITUTION, ON, 07-21-04 OFFICER

BUTLER OUT OF RETALIATION AGAINST

PLAINTIFFS NOTICE OF FILING A LAW

SUIT AGAINST THE PRISON, ALONG WITH

IT'S EMPLOYEE'S, AND FOR EXERCISING

MY CONSTITUTIONAL RIGHT TO ENGAGE

IN PROTECTED CONDUCT. THE OFFICER

MADE REPEATED THREAT(S) TO THE

PLAINTIFF THAT HE WOULD "FUCK

ME UP & FUCK MY WHOLE WORLD UP".

ALSO AFTER THE OFFICER WAS INFORMED

THAT I WAS PROTECTED FROM WORKING

IN THE INSTITUTION, BY A CLASS-ACTION

LAW SUIT FILED IN 1987 FOR IMPAIRED

INMATE'S, STILL TRIED TO FORCE ME TO

WORK, WITH HAVING A NO WORK PASS.

                (5) (R)    SECTION IV

_____

_____

_____

V.   Relief

**State briefly exactly what you want the court to do so for you.** Make no legal arguments. Cite no cases or statutes.

The Plaintiff seeks This Honorable Court To Issue A Judgement on The Plaintiff's behalf for 1.) Punitive damages;

2.) Compensatory Damages;

3.) Monetary damages;

4.) declaratory Relief;

Signed this _22_ day of _July_, 20_04_.

_____

*Carthur C. Lane*
**(Signature of plaintiff or plaintiffs)**

I declare under penalty of perjury that the foregoing is true and correct. Executed on _July 22, 2004_

*Carthur C. Lane*
**(Signature of plaintiff)**

Rev. 11/00